Linda Bondi Morrison, Esq., SBN 210264
TRESSLER LLP
2 Park Plaza, Suite 1050
Irvine, California 92614
Telephone: (949) 336-1200
Facsimile: (949) 752-0645
E-Mail: lmorrison@tresslerllp.com

Todd S. Schenk (admitted pro hac vice)
Thomas D. Donofrio (admitted pro hac vice)
TRESSLER LLP
233 W. Wacker Drive, 61st Floor
Chicago, Illinois 60606
Telephone: (312) 627-4000
Facsimile: (312) 627-1717
E-Mail: tschenk@tresslerllp.com
tdonofrio@tresslerllp.com

Attorneys for Plaintiff CLEAR BLUE SPECIALTY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CLEAR BLUE SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>OZY MEDIA, INC., SAMIR RAO, CARLOS WATSON, MARC LASRY, and LIFELINE LEGACY HOLDINGS, LLC,<br><br>Defendant. | Case No. 5:21-cv-08764-EJD<br><br>**STIPULATION TO BE BOUND** |

1

CLEAR BLUE SPECIALTY INSURANCE COMPANY'S
AND MARC LASRY'S STIPULATION TO BE BOUND

Plaintiff Clear Blue Specialty Insurance Company ("Clear Blue") and Defendant Marc Lasry ("Lasry"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On November 11, 2021, Clear Blue filed this Action for Rescission, Declaratory Relief, and Interpleader (the "Coverage Action") [DE 1].

2. In the Coverage Action, Clear Blue seeks for a declaration that the insurance policy numbered AX01-3274-01 ("the Policy") issued by Clear Blue to Ozy Media, Inc. ("Ozy") is rescinded or otherwise void *ab intio*. Alternatively, Clear Blue seeks a declaration that Clear Blue owes no duty to reimburse the costs of defense or indemnify Defendants Ozy, Samir Rao, Carlos Watson, and/or Lasry under the Policy. Alternatively, to the extent the Court finds Clear Blue is not entitled to a declaration that (i) the Policy is rescinded or otherwise void *ab initio* or (ii) that Clear Blue does have such a duty to reimburse defense costs or indemnify the insureds, Clear Blue requests the Court to order the applicable policy limits to be deposited into the Court and for the Defendants to interplead and litigate their respective rights to such insurance funds and to release Clear Blue from any further liabilities or obligations under the Policy.

3. Lasry was named as a defendant in the Coverage Action as a former board member of Ozy and an insured and potential claimant under the Policy.

4. To avoid the expense of litigating the Coverage Action, Lasry has agreed to be bound by any ruling entered by the Court in the Coverage Action concerning the validity of or coverage under the Policy.

5. In light of the foregoing, Clear Blue agrees to dismiss Lasry from the Coverage Action, without prejudice and without an award of costs in favor of any party.

6. Upon execution of this stipulation, counsel for Clear Blue will engage in the steps necessary to effectuate the voluntary dismissal of Defendant Lasry from the Coverage Action.

Dated: September 28, 2022

*[signature]*

Todd S. Schenk (admitted pro hac vice)
Thomas D. Donofrio (admitted pro hac vice)
Tressler LLP
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
tschenk@tresslerllp.com
tdonofrio@tresslerllp.com
Telephone: 312.627.4000
Facsimile: 312.627.1717

Linda Bondi Morrison
Tressler LLP
2 Park Plaza, Suite 1050
Irvine, CA 92614
lmorrison@tresslerllp.com
Tel. (949) 336-1200
Fax. (949) 752-0645

*Attorneys for Clear Blue Specialty Insurance*

*[signature]*

Roberto Finzi
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
rfinzi@paulweiss.com
Telephone: 212.373.3311
Facsimile: 212.492.0311

*Attorney for Marc Lasry*

3

CLEAR BLUE SPECIALTY INSURANCE COMPANY'S
AND MARC LASRY'S STIPULATION TO BE BOUND