Linda Bondi Morrison, Esq., SBN 210264
TRESSLER LLP
2 Park Plaza, Suite 1050
Irvine, California 92614
Telephone:  (949) 336-1200
Facsimile:  (949) 752-0645
E-Mail:     lmorrison@tresslerllp.com

Todd S. Schenk (admitted pro hac vice)
Thomas D. Donofrio (admitted pro hac vice)
TRESSLER LLP
233 W. Wacker Drive, 61st Floor
Chicago, Illinois 60606
Telephone:  (312) 627-4000
Facsimile:  (312) 627-1717
E-Mail:     tschenk@tresslerllp.com
            tdonofrio@tresslerllp.com

Attorneys for Plaintiff CLEAR BLUE SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CLEAR BLUE SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>   v.<br><br>OZY MEDIA, INC., SAMIR RAO, CARLOS WATSON, MARC LASRY, and LIFELINE LEGACY HOLDINGS, LLC,<br><br>    Defendant. | Case No. 5:21-cv-08764-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL SOLELY AS TO DEFENDANT MARC LASRY** |

Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the Stipulation to Be Bound attached hereto as Exhibit A, Plaintiff, Clear Blue Specialty Insurance Company ("Clear Blue"), dismisses Defendant Marc Lasry from this lawsuit without prejudice and without an award of costs. No answer or motion for summary judgment has been filed on behalf of Defendant Lasry. The case remains pending as between Clear Blue and Defendants Ozy Media, Inc., Carlos Watson, Samir Rao, and LifeLine Legacy Holdings, LLC.

Dated: September 28, 2022

/s/Todd S. Schenk
Todd S. Schenk (admitted pro hac vice)
Thomas D. Donofrio (admitted pro hac vice)
Tressler LLP
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
tschenk@tresslerllp.com
tdonofrio@tresslerllp.com
Telephone: 312.627.4000
Facsimile: 312.627.1717

Linda Bondi Morrison
Tressler LLP
2 Park Plaza, Suite 1050
Irvine, CA 92614
lmorrison@tresslerllp.com
Tel. (949) 336-1200
Fax. (949) 752-0645