UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEAR BLUE SPECIALTY INSURANCE COMPANY,<br><br>        *Plaintiff*,<br><br>-against-<br><br>OZY MEDIA, INC., SAMIR RAO, CARLOS WATSON, MARC LASRY, AND LIFELINE LEGACY HOLDINGS, LLC,<br><br>        *Defendants*. | Case No: 5:21-cv-8764-EJD<br><br>**PARTIES' JOINT ADMINISTRATIVE MOTION TO APPEAR REMOTELY AT STATUS CONFERENCE** |

  Pursuant to Civil Local Rule 7-11, counsel for Plaintiff and Counterclaim-Defendant Clear Blue Specialty Insurance Company ("Clear Blue"), Defendants and Counterclaim-Plaintiffs Ozy Media, Inc. ("Ozy Media") and Carlos Watson ("Mr. Watson"), and Defendant Samir Rao ("Mr. Rao"), jointly move this Court for permission to appear remotely at the Status Conference scheduled for May 11, 2023 at 10:00 a.m.

  As reflected in the accompanying stipulation, the relief requested herein is agreed to by all parties, and is necessitated by the fact that lead counsel for Clear Blue reside in Chicago, Illinois, and lead counsel for Ozy Media and Mr. Watson reside in New York, and are unable at this time to travel to California.

  Accordingly, the parties respectfully request that they be permitted to appear at the Status Conference via teleconference or Zoom on May 11, 2023 at 10:00 a.m.

JOINT ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR REMOTELY AT STATUS CONFERENCE –
Page 1
Case No. 5:21-cv-8764-EJD

Dated: May 9, 2023

/s/
Todd S. Schenk (admitted pro hac vice)
Thomas D. Donofrio (admitted pro hac vice)
Tressler LLP
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
tschenk@tresslerllp.com
tdonofrio@tresslerllp.com
Telephone: 312.627.4000
Facsimile: 312.627.1717

Linda Bondi Morrison
Tressler LLP
2 Park Plaza, Suite 1050
Irvine, CA 92614
lmorrison@tresslerllp.com
Tel. (949) 336-1200
Fax. (949) 752-0645

*Attorneys for Clear Blue Specialty Insurance*

/s/
Bradley J. Nash (admitted pro hac vice)
Hoguet Newman Regal & Kenney, LLP
60 E. 42nd Street, 48th Floor
New York, NY 10165
bnash@hnrklaw.com
ehogan@hnrklaw.com
Telephone: (212) 689-8808

William J. Edelman (SBN 285177)
Patrick R. Delahunty (SBN 257439)
Delahunty & Edelman LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
wedelman@delawllp.com
pdelahunty@delawllp.com
Telephone: (415) 891-6210

*Attorneys for Ozy Media, Inc. and Carlos Watson*

1
2       /s/
        August Gugelmann
3       Swanson & McNamara LLP
        300 Montgomery Street, Suite 1100
4       San Francisco, CA 94104
        august@smllp.law
5       Telephone: 415.477.3800
        Facsimile: 415.477.9010
6
7       *Attorney for Samir Rao*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28