UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEAR BLUE SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>OZY MEDIA, INC., et al.,<br><br>    Defendants. | Case No.  5:21-cv-08764-EJD<br><br>**ORDER EXTENDING STAY AND DIRECTING ADDITIONAL BILLINGS FROM FORD O'BRIEN** |

The Court is in receipt of Ford O'Brien's billings filed on December 28, 2023. ECF No. 143. The Court finds that Ford O'Brien's block billing summary is insufficient to determine an award in this matter.

The Court **ORDERS** that Ford O'Brien submit detailed billings specific to the work completed to acquire the benefit in this matter, that is, the advancement of defense costs from Clear Blue Specialty Insurance Company to Defendant Watson, ECF No. 82, in addition to the work completed as an intervenor in this matter. Ford O'Brien shall file the billings no later than 4:00 p.m. on January 15, 2024.

The current Stay shall remain in place until January 19, 2024.

**IT IS SO ORDERED.**

Dated: January 10, 2024

                                                EDWARD J. DAVILA
                                                United States District Judge

Case No.: 5:21-cv-08764-EJD
ORDER EXTENDING STAY AND DIRECTING ADDITIONAL BILLINGS

1