# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CLEAR BLUE SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>OZY MEDIA, INC., SAMIR RAO, CARLOS WATSON, MARC LASRY, and LIFELINE LEGACY HOLDINGS, LLC,<br><br>Defendants.<br><br>FORD O'BRIEN LANDY LLP,<br><br>Intervenor. | Case No. 5:21-cv-08764-EJD<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's order, dated February 23, 2024 [DE 156], counsel for Plaintiff Clear Blue Specialty Insurance Company ("Clear Blue"), Defendants Ozy Media, Inc. ("Ozy Media") and Carlos Watson ("Mr. Watson" and together with Ozy Media, the "Insureds"), and intervenor Ford O'Brien Landy LLP ("Ford O'Brien") submit the following Joint Status Report.

Since the parties were last before the Court, Clear Blue has paid Ford O'Brien $260,495.00 pursuant to the Court's order of February 16, 2024 [DE 155] determining the value of Ford O'Brien's charging lien and directing Clear Blue to distribute that amount to Ford O'Brien from the proceeds of its D&O Policy.

Clear Blue is continuing to advance defense costs to Mr. Watson, pursuant to the Preliminary Injunction, entered on April 20, 2023 [DE 82]. The criminal case against Mr. Watson and Ozy Media in the Eastern District of New York is scheduled to begin next month with jury selection set for May 20, 2024 and opening statements to begin on May 29, 2024.

Dated: April 4, 2024

/s/Todd S. Schenk
Todd S. Schenk (admitted pro hac vice)
Thomas D. Donofrio (admitted pro hac vice)
Tressler LLP
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
tschenk@tresslerllp.com
tdonofrio@tresslerllp.com
Telephone: 312.627.4000
Facsimile: 312.627.1717

Linda Bondi Morrison
Tressler LLP
2 Park Plaza, Suite 1050
Irvine, CA 92614
lmorrison@tresslerllp.com
Tel. (949) 336-1200
Fax. (949) 752-0645

*Attorneys for Clear Blue Specialty Insurance*

See attestation below
Bradley J. Nash (admitted pro hac vice)
Hoguet Newman Regal & Kenney, LLP
60 E. 42nd Street, 48th Floor
New York, NY 10165
bnash@hnrklaw.com
Telephone: (212) 689-8808

Ethan Jacobs
Ethan Jacobs Law Corp.
100 Pine Street, Suite 1250
San Francisco, CA 94111
ethan@ejacobslaw.com
Telephone: (415) 275-0845

*Attorneys for Ozy Media, Inc. and Carlos Watson*

See attestation below
Kevin O'Brien, Esq. (admitted pro hac vice)
Alexander Shapiro, Esq. (admitted pro hac vice)

2

FORD O'BRIEN LANDY, LLP
275 Madison Avenue, 24th Floor
New York, New York 10016
Telephone: (212) 858-0040
Facsimile: (212) 256-1047
kobrien@fordobrien.com
ashapiro@fordobrien.com

Traci G. Choi, SBN 307245
ROSS, WOLCOTT, TEINERT & PROUT LLP
3151 Airway Ave., Suite S-1
Costa Mesa, California 92626
Telephone: (714) 444-3900
TChoi@RossLLP.com

*Attorneys for Ford O'Brien Landy LLP*

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)**

I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have expressly authorized the filing.

Dated: April 4, 2024                          **TRESSLER LLP**

                                              By: /s/Todd S. Schenk
                                                  Todd S. Schenk (admitted pro hac vice)
                                                  Attorney for Plaintiff,
                                                  CLEAR BLUE SPECIALTY INSURANCE
                                                  COMPANY