UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEAR BLUE SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>OZY MEDIA, INC., SAMIR RAO, CARLOS WATSON, MARC LASRY, AND LIFELINE LEGACY HOLDINGS, LLC,<br><br>Defendants. | Case No. 5:21-cv-8764-EJD<br><br>[PROPOSED] ORDER RE INTERVENOR'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

The Court, having considered Intervenor Ford O'Brien Landy LLP's Administrative Motion to File Under Seal Pursuant to Civil Local Rules 7-11 and 79-5, and the Declaration of Kevin J. O'Brien submitted in support, finds that compelling reasons exists to seal this material:

| Document | Text to be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Exhibit A ECF 153-2 | Highlighted portions of billings, attached as Exhibit A hereto, filed provisionally under seal. | Attorney-client information concerning government investigations and related civil lawsuits. |
| Exhibit B, ECF 153-3 | Highlighted portions of billings, attached as Exhibit B hereto, filed provisionally under seal. | Attorney-client information concerning government investigations and related civil lawsuits. |

Dated: May 13, 2024

_____
Honorable Edward J. Davila
United States District Court Judge

[PROPOSED] ORDER
Case No. 5:21-cv-8764-EJD