**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CLEAR BLUE SPECIALTY INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>    v.<br><br>OZY MEDIA, INC., SAMIR RAO, CARLOS WATSON, MARC LASRY, and LIFELINE LEGACY HOLDINGS, LLC,<br><br>               Defendants.<br><br>FORD O'BRIEN LANDY LLP,<br><br>               Intervenor. | Case No. 5:21-cv-08764-EJD<br><br>**JOINT STATUS REPORT** |

Pursuant to the July 14, 2026 Clerk's Notice [DE 176], counsel for Plaintiff, Clear Blue Specialty Insurance Company ("Clear Blue"), Defendants Ozy Media, Inc. ("Ozy Media") and Carlos Watson ("Mr. Watson" and together with Ozy Media, the "Insureds") and intervenor, Ford O'Brien Landy LLP ("Ford O'Brien") submit the following Joint Status Report.

On July 16, 2024, Mr. Watson and Ozy Media were found guilty on all counts in the criminal action pending in the Eastern District of New York. The court entered judgment on January 6, 2025, and an amended judgment on February 26, 2025. Mr. Watson and Ozy Media have appealed to the United States Court of Appeals for the Second Circuit. On March 28, 2025, President Trump issued Executive Grants of Clemency, granting Mr. Watson and Ozy Media "an immediate commutation of his entire sentence to time served with no further fines, restitution, probation or other conditions." However, Mr. Watson and Ozy Media continue to pursue their appeals, which are now fully briefed. The Second Circuit and the parties are presently working to schedule oral argument, which may occur the week of October 26, 2026.

The parties continue to reserve all their rights and defenses with respect to any claims asserted herein.

Dated: July 24, 2026

/s/Todd S. Schenk
Todd S. Schenk (admitted pro hac vice)
Tressler LLP
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
tschenk@tresslerllp.com
tdonofrio@tresslerllp.com
Telephone: 312.627.4000
Facsimile: 312.627.1717

Linda Bondi Morrison
Tressler LLP
2 Park Plaza, Suite 1050
Irvine, CA 92614
lmorrison@tresslerllp.com
Tel. (949) 336-1200
Fax. (949) 752-0645

*Attorneys for Clear Blue Specialty Insurance*

See attestation below
Bradley J. Nash (admitted pro hac vice)
Hoguet Newman Regal & Kenney, LLP
60 E. 42nd Street, 48th Floor
New York, NY 10165
bnash@hnrklaw.com
Telephone: (212) 689-8808

Ethan Jacobs
Ethan Jacobs Law Corp.
100 Pine Street, Suite 1250
San Francisco, CA 94111
ethan@ejacobslaw.com
Telephone: (415) 275-0845

*Attorneys for Ozy Media, Inc. and Carlos Watson*

See attestation below
Kevin O'Brien, Esq. (admitted pro hac vice)
Alexander Shapiro, Esq. (admitted pro hac vice)
FORD O'BRIEN LANDY, LLP
275 Madison Avenue, 24th Floor
New York, New York 10016

2

JOINT STATUS REPORT PER JULY 14, 2026 ORDER

Telephone: (212) 858-0040
Facsimile: (212) 256-1047
kobrien@fordobrien.com
ashapiro@fordobrien.com

Traci G. Choi, SBN 307245
ROSS, WOLCOTT, TEINERT & PROUT LLP
3151 Airway Ave., Suite S-1
Costa Mesa, California 92626
Telephone: (714) 444-3900
TChoi@RossLLP.com

*Attorneys for Ford O'Brien Landy LLP*

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)

I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have expressly authorized the filing.

Dated: July 24, 2026                **TRESSLER LLP**

By: */s/Todd S. Schenk*_____
        Todd S. Schenk (admitted pro hac vice)
        Attorney for Plaintiff,
        CLEAR BLUE SPECIALTY INSURANCE
        COMPANY

3

JOINT STATUS REPORT PER JULY 14, 2026 ORDER